

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2021

No. 04-21-00090-CV

**IN RE WELDER XP, LTD** and Raymond J. Welder, III

From the County Court, Jim Wells County, Texas
Trial Court No. 20-07-60516-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Relators' emergency request for a stay is granted in part. We order that the deadlines in the trial court's March 4, 2021 letter ruling are stayed pending further order of this court. No other proceedings in the trial court are stayed.

We further ORDER relators to file a notice with the court within 3 days of the trial court's ruling on relators' motion for reconsideration advising this court of: (1) the trial court's ruling on the motion for reconsideration; and (2) whether relators desire to continue pursuing mandamus relief.

It is so **ORDERED** on March 18, 2021.

**PER CURIAM**

ATTESTED TO: _____
              MICHAEL A. CRUZ,
              CLERK OF COURT

